UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:11CR30-1-V

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOSEPH CATONE, JR., | ) | |
| Defendant | ) | |

*FILED In Court*
*Statesville, NC*
*MAR - 5 2012*
*US District Court*
*Western District of NC*

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 5th day of March, 2012.

*/s/ Richard L. Voorhees*
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE